SDNY PRO SE OFFICE
2023 AUG 21  PM 4:20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Emmanuel Pascal

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Mylife

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **Emmanuel Pascal**, is a citizen of the State of
(Plaintiff's name)

**New York**
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                       (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Mylife**, is incorporated under the laws of the State of **California**

and has its principal place of business in the State of **California**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **California**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Emmanuel | | Pascal |
|---|---|---|
| First Name | Middle Initial | Last Name |

**3235 Grand Concourse Apt 4D**
Street Address

| Bronx | NY | 10468 |
|---|---|---|
| County, City | State | Zip Code |

| 3473232218 | manuel403011@protonmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  **Mylife**
First Name  Last Name

**IT business**
Current Job Title (or other identifying information)

**5161 Lankershim Blvd.Suite 250 North Hollywood, CA 91601**
Current Work Address (or other address where defendant may be served)

**LA**  **CA**  **91601**
County, City  State  Zip Code

Defendant 2:
First Name  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City  State  Zip Code

Defendant 3:
First Name  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City  State  Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York

Date(s) of occurrence: May 5th, 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mylife (defendant) used my personal data to sell its own services, manipulate my personhood on their public platform, and post my information without my consent. I continue to receive emails from Mylife posting claims of sensitive data and a warning about how anyone can view info and it can impact my life. My sensitive data on the Mylife website includes extensive personal information about me and my family members. I was recently scammed and Mylife may potentially put me at risk, and defendant publishes my information unethically on a public platform and without regard for the individual's consent and privacy.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My sensitive data used to score me on a public platform and misrepresent my ~~personhood. Additional perosnal information is hidden behind Mylife's 'premium access'~~ payment. My information is publicly available and puts me at risk of shady characters ~~such as scammers.~~

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want Mylife to permanently remove all my data and profile. I also seek recompense in ~~the form of cash for the use of my data used to sell their premium service without my~~ consent and flagrantly putting me at risk by scoring me and publishing my personal data ~~without regard for individual consent or notice. Cash recompense amount I am asking is~~ for the amount of $420,000 or more for said violation(s) against plaintiff.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08/16/2023 | Emmanuel Pascal |
|---|---|
| Dated | Plaintiff's Signature |

| Emmanuel | | Pascal |
|---|---|---|
| First Name | Middle Initial | Last Name |

3235 Grand Concourse Apt 4D
Street Address

| Bronx | NY | 10468 |
|---|---|---|
| County, City | State | Zip Code |

| 3473232218 | manuel403011@protonmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.


