UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL PASCAL

                        Plaintiff,

        -against-

MYLIFE,

                        Defendant.

23-CV-7420 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, filed this action on August 21, 2023. On November 7, 2023, Plaintiff filed a notice of voluntary dismissal (ECF No. 4), seeking to withdraw this action. The Court grants Plaintiff's request. This action is therefore dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**CONCLUSION**

Plaintiff's request (ECF No. 4) is granted. This action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 8, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge